**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02954-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

NICOLE D. KILLOCK,

    Plaintiff,

v.

GREELEY POLICE DEPT./Weld County Drug Task Force,
KIETH OLSON, Weld Co. District Attorney's Office,
ED JORDAN, Weld Co. District Attorney's Office,
CAMILLE LYNNE BURNETTE,
AARON CARMICHAEL,
DAN BOYLE,
DOUGLASS STEINHOUR,
JAMES R.BLUSH,
TANYA GUTIERREZ, and
MICHAEL MORAN,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

On October 28, 2013, Plaintiff submitted a Prisoner Complaint to the Court. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the document is deficient as described in this Order. Plaintiff will be directed to cure the following if she wishes to pursue any claims in this Court in this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X      is not submitted
(2)   __     is missing affidavit
(3)   X      is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)   __     is missing certificate showing current balance in prison account
(5)   __     is missing required financial information
(6)   X      is missing authorization to calculate and disburse filing fee payments
(7)   __     is missing an original signature by the prisoner
(8)   __     is not on proper form
(9)   __     names in caption do not match names in caption of complaint, petition or habeas application
(10)  __     other: _____

**Complaint, Petition or Application**:

(11)  __     is not submitted
(12)  __     is not on proper form
(13)  __     is missing an original signature by the prisoner
(14)  __     is missing page nos. __
(15)  __     uses et al. instead of listing all parties in caption
(16)  __     names in caption do not match names in text
(17)  __     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  X      other: the signature is not dated and Plaintiff failed to state her claims under Section D. Cause of Action, and what jurisdiction .

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner Complaint form and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of her case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

3

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED October 30, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge