IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02954-LTB

NICOLE D. KILLOCK,

    Plaintiff

v.

GEO CORRECTIONS HUDSON CORRECTIONAL FACILITY,
JOE DRIVER, Warden,
WILLIAMS, Assistant Warden,
TERRY ANDING, Investigator,
CORY FOX, Special Investigator,
COLORADO DEPARTMENT OF CORRECTIONS,
PRIVATE PRISONS MONITORING UNIT, and
JOSEPH SCHMIDT, Alaska Department of Corrections, Commissioner,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 27, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 27 day of January, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/T.Lee
                    Deputy Clerk